# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1605 ODW(JTLx) | Date | December 2, 2009 |
|---|---|---|---|
| Title | John Footman v. City of Los Angeles, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**    Order to Show Cause Why Claims Should Not Be Dismissed for Lack of Prosecution as to Defendant Zamora

It appears that Plaintiff served Defendant Zamora on February 6, 2009, before the City removed this case to federal court. Defendant Zamora has not filed an Answer nor otherwise responded to the Complaint. To date, Plaintiff has not requested default against Defendant Zamora. Thus, the Court hereby orders Plaintiff to show cause why his claims against Defendant Zamora should not be dismissed for lack of prosecution. Plaintiff shall respond to this OSC in writing by **Monday December 7, 2009.** The court will discharge the OSC if Plaintiff files a Request for Entry of Default against Defendant Zamora, Request for Dismissal of Defendant Zamora, or Defendant Zamora otherwise appears in this action.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |